IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner<br><br>v.<br><br>ABRAHIM SALEH,<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>) | MISC. NO. 06-093ML |

ENFORCEMENT ORDER AND JUDGMENT

This matter having come before the Court on December 6, 2006, pursuant to the Court's Order to Show Cause, and the respondent, Abrahim Saleh, not having shown any cause why he should not obey the summons issued to him on May 19, 2006, and it appearing that the summons issued by Revenue Officer Shawn Skene which was served on the respondent, Abrahim Saleh, on May 19, 2006, (1) was issued for a legitimate purpose, that is, the investigation of the correct federal income tax liability of the respondent, Abrahim Saleh, for the tax period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005; (2) that the summoned testimony and data may be relevant to that determination; (3) that the testimony and other data sought are not already in the possession of the Internal Revenue Service; and (4) that the administrative steps required by the Internal Revenue Code have been followed, it is therefore

ORDERED, ADJUDGED and DECREED that the respondent, Abrahim

Saleh, appear before Revenue Officer Shawn Skene or a designated representative, at 11:00 AM on ~~December~~ January 19, 2007, at the Office of the Internal Revenue Service, 380 Westminster Street, Fourth Floor, Providence, RI 02903, then and there to be sworn, to give testimony, and to produce the books, records, papers, and other data as demanded by the summons served upon the respondent, Abrahim Saleh, on May 19, 2006, for examination and for copying by photographic or other mechanical means of reproduction, with such examination and copying to continue from day to day until completed.

BY ORDER:

[signature]
Deputy Clerk 12.6.2006

ENTER:

[signature] 12.6.06
MARY M. LISI
Chief Judge
United States District Court