**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Petitioner** | ) | |
| | ) | |
| **v.** | ) | **MISC. NO. 06-093ML** |
| | ) | |
| **ABRAHIM SALEH,** | ) | |
| **Respondent** | ) | |

**ORDER TO SHOW CAUSE**

The petitioner having represented to the Court that the respondent, Abrahim Saleh, has failed to comply with the Court's Order of December 6, 2006, that the respondent, Abrahim Saleh, provide the Internal Revenue Service on or before January 19, 2007, those documents requested in the summons issued by the Internal Revenue Service on May 19, 2006, the respondent, Abrahim Saleh, is hereby ORDERED to appear before the Court on the 16th day of July, 2007, at 2:00 p.m. to show cause why he should not be held in contempt for his failure to comply with this Court's Order of December 6, 2006.

BY ORDER:
Barbara Barletta

ENTER:
Mary M. Lisi
MARY M. LISI 6/19/07
CHIEF JUDGE
UNITED STATES DISTRICT COURT