IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | MISC. NO. 06-093ML |
| | ) | |
| ABRAHIM SALEH, | ) | |
| Respondent | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

______I hereby withdraw my appearance as counsel for Plaintiff United States of America, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: michael.iannotti@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 20th day of June, 2007, I caused to be electronically filed the Plaintiff's Notice of Withdrawal of Appearance, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system, and caused a copy of the within to be forwarded by postage prepaid mail to:

Abrahim Saleh
8 Howard Avenue
Pawtucket, RI 02860

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: michael.iannotti@usdoj.gov