IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | ) | |
| v. | ) | MISC. NO. 06-093ML |
| ABRAHIM SALEH,<br>Respondent | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

______I hereby enter my appearance as substitute counsel for Plaintiff United States of America, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By Its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 20th day of June, 2007, I caused to be electronically filed the Plaintiff's Notice of Entry of Appearance, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system, and caused a copy of the within to be forwarded by postage prepaid mail to:

Abrahim Saleh
8 Howard Avenue
Pawtucket, RI 02860

/s/ Ly T. Nguyen
LY T. NGUYEN, Bar No. 66676
Assistant U. S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov