JOCS Eu

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>MISC. 06-093ML |
| DEFENDANT<br>ABRAHIM SALEH | TYPE OF PROCESS<br>ORDER TO SHOW CAUSE |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PROVIDENCE JOURNAL
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MILIND M. SHAH, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

PLEASE HAVE THE ATTACHED NOTICE OF FORFEITURE PUBLISHED IN THE PROVIDENCE JOURNAL ONCE A WEEK FOR THREE CONSECUTIVE.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 401-709-5000 | 8/9/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kava | 8/9/07 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: RETURN W/O SERVICE. FUNDS NOT IN USMS D/RI CUSTODY (KW)
8.15.07

RECEIVED
2007 AUG -9 P 2:30
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**NOTICE OF FORFEITURE**

Notice is hereby given that on June 28, 2007, in the case of United States v. Estroredarcio Bernard, a/k/a Belige, CR. No. 06-092-T, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America, the following:

1. One lot of nine thousand three hundred dollars ($9,300.00) in U.S. currency seized from One Shannon Way, West Warwick, Rhode Island on January 31, 2006;

2. One lot of seventy thousand five hundred one dollars ($70,501.00) in U.S. currency seized from California Liquors, 84 Union Avenue, Providence, Rhode Island on January 31, 2006; and

3. One lot of twenty thousand dollars ($20,000.00) in U.S. currency turned over to the Federal Bureau of Investigation on February 3, 3006 by Xiomara Bernard, wife of Defendant Estroredarcio Bernard a/k/a Belige.

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903 with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903 within thirty (30) days of the final publication of this notice.

The above-referenced petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD

United States Marshal