**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Petitioner** | ) | |
| | ) | |
| **v.** | ) | **MISC. NO. 06-093ML** |
| | ) | |
| **ABRAHIM SALEH,** | ) | |
| **Respondent** | ) | |

**NOTICE OF COMPLIANCE**

On September 6, 2007, Abrahim Saleh provided his 2000 tax return, thereby complying with the Summons issued by the Internal Revenue Service. This matter may be passed for compliance.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6th day of September, 2007, I caused the within Notice of Compliance to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I further certify that on the 6th day of September, 2007, I forwarded a copy of the within Notice of Compliance, by postage prepaid mail, to:

Abrahim Saleh
8 Howard Avenue
Pawtucket, Rhode Island 02860

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov